UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2010 DEC -8 P 5:57

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:10-cr-00192-JAW-1 |
| v. ) | |
| ) | Title 18, U.S.C. §§ 2262(a)(1), (b)(5) and |
| Jason P. FIUME ) | 2261A(2)(B) |

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

That between June 23, 2010 and August 31, 2010, in the District of Maine and elsewhere, defendant

**Jason P. FIUME**

with intent to place a person in another State in reasonable fear of the death of, or serious bodily injury to, that person and a member of the immediate family of that person; used the mail, any interactive computer service and any facility of interstate or foreign commerce to engage in a course of conduct that caused substantial emotional distress to that person and placed that person in reasonable fear of the death of, or serious bodily injury to, that person and any member of the immediate family of that person.

In violation of Title 18 United States Code, Sections 2261A(2)(B), 2261(b)(5) and 115.

## COUNT TWO

That on about July 2, 2010, to on or about July 3, 2010, in the District of Maine and elsewhere, defendant

**Jason P. FIUME**

knowingly traveled in interstate commerce with the intent to engage in conduct that violates that portion of a protection order issued June 22, 2010 in Utica City Court, County of Oneida, State of New York, Case No. 2009-5419, that prohibits or provides protection against violence, threats, or harassment against, contact or communication with, or physical proximity to, another person, and subsequently engaged in such conduct.

In violation of Title 18, United States Code, Sections 2262(a)(1) and (b)(5).

A TRUE BILL,

**SIGNATURE REDACTED**
Original on File

_____
Assistant United States Attorney

Dated: 12/8/2010